USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA  :  BAIL ORDER

       - v. -  :  07 Cr. 1058 (RJH)

ROBERT ROSNER,  :

     Defendant.  :

- - - - - - - - - - - - - - - - - - - X

     Upon agreement of the parties, it is hereby ORDERED that ROBERT ROSNER, the defendant, be released on bail upon the following conditions: (1) a $20,000 personal recognizance bond ("PRB"), co-signed by the defendant and one other person; and (2) surrender of all travel documents and no new applications. The defendant is to be released upon his signature on the PRB. All other conditions to be met within two weeks.

SO ORDERED.

Dated:    New York, New York
           November 30, 2007

                                    RICHARD J. HOLWELL
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK