UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - X
                                          :
UNITED STATES OF AMERICA                  :    BAIL ORDER
                                          :
            - v.-                         :    07 Cr. 1058 (RJH)
                                          :
ROBERT ROSNER,                            :
                                          :
            Defendant.                    :
                                          :
- - - - - - - - - - - - - - - - - - - - - X

        Upon agreement of the parties, it is hereby ORDERED

that ROBERT ROSNER, the defendant, be released on bail upon the

following conditions: (1) a $20,000 personal recognizance bond

("PRB"), co-signed by the defendant and one other person; and (2)

surrender of all travel documents and no new applications.  The

defendant is to be released upon his signature on the PRB.  All

other conditions to be met within two weeks.

SO ORDERED.

Dated:    New York, New York
          November 30, 2007


                          _____
                          RICHARD J. HOLWELL
                          UNITED STATES MAGISTRATE JUDGE
                          SOUTHERN DISTRICT OF NEW YORK


Returned to chambers for scanning on ___12·5,07.
Scanned by chambers on __12/7/07.