# Baker Hostetler

[RECEIVED STAMP: JAN -3 2008]

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

January 2, 2008

Maryanne Stanganelli
direct dial: 212.589.4282
mstanganelli@bakerlaw.com

**VIA FACSIMILE AND FEDERAL EXPRESS**

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/7/08]

Dear Judge Holwell:

Re: <u>US v. Rosner</u>, 07-cr-1058 (RJH)

I write regarding the status conference in the above referenced matter currently scheduled before your Honor on January 3, 2008 at 12:00 p.m. <u>The parties have agreed to adjourn the conference to March 7, 2008 at 12:00 p.m. Defendant agrees to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.</u>

[Handwritten note from judge: Application Granted. Conference adjourned to 3/7/08 at 12:00 noon. Time excluded under the STA from today to 3/7/08 to enable defendant to adequately prepare a defense. The exclusion of time is in the interests of justice and outweighs the interests of the defendant and public in a speedy trial. SO ORDERED [signature] USDJ 1/3/08]

Respectfully submitted,

[signature]

Maryanne Stanganelli

cc: AUSA Alex Willscher

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC