

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 27, 2008



RECEIVED
FEB 28 2008
CHAMBERS OF
RICHARD J. HOLWELL

**BY FAX**
Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

Re:   **United States v. Robert Rosner,**
        **07 Cr. 1058 (RJH)**

Dear Judge Holwell:

The Government respectfully writes with respect to the upcoming pretrial conference in the above-referenced case, which is scheduled for March 7, 2008. The defense and the Government presently are in the preliminary stages of plea negotiations. The defense is in the process of drafting a submission for the Government to consider in its plea discussions. The parties thus requests an adjournment until April 18, 2008, at 12:00 pm. This adjournment will allow the Government and the defense time to discuss a potential resolution of this case without a trial.

The Government respectfully requests that time be excluded in the above-referenced matter for purposes of the Speedy Trial Act from today until April 18, 2008, the proposed date of the next pretrial conference. The Government makes this request to permit the Government and the defense time to consider the possibility of a disposition before trial. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). I have spoken with Maryanne Stanganelli, Esq., co-counsel for Robert Rosner, who consents to this request.

[Handwritten: Conference adjourned to 4/18/08 at 12:00 noon. Time is excluded under the STA to permit defendant to consider a pre-trial disposition. The exclusion of time is in the interests of justice and outweighs the interests of the defendant and the public in a speedy trial.]

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Alexander J. Willscher
Assistant United States Attorney
P: (212) 637-2736
F: (212) 637-0016

cc:   George A. Stamboulidis, Esq./Maryanne Stanganelli, Esq. (by fax)

[Handwritten: SO ORDERED
_____ USDJ 3/4/08]

TOTAL P.02