

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/16/08

RECEIVED
APR 15 2008
CHAMBERS OF
RICHARD J. HOLWELL

**BY FAX**
Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

    Re:    <u>United States v. Robert Rosner</u>,
            07 Cr. 1058 (RJH)

Dear Judge Holwell:

    The Government respectfully writes with respect to the upcoming pretrial conference in the above-referenced case, which is scheduled for April 18, 2008. The defense and the Government presently are in the midst of plea negotiations. The parties thus request an adjournment until May 30, 2008, at 12:00 pm, a date which I have been advised is convenient to the Court. This adjournment will allow the Government and the defense time to discuss a potential resolution of this case without a trial. In the event the parties can negotiate a resolution prior to May 30, they will notify the Court immediately.

    The Government respectfully requests that time be excluded in the above-referenced matter for purposes of the Speedy Trial Act from today until May 30, 2008, the proposed date of the next pretrial conference. The Government makes this request to permit the Government and the defense time to consider the possibility of a disposition before trial. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). I have spoken with Maryanne Stanganelli, Esq., co-counsel for Robert Rosner, who consents to this request.

*[Handwritten: Conference adjourned to 5/30/08. Time is excluded under the STA for the reasons stated above. SO ORDERED /s/ Holwell]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Alexander J. Willscher
Alexander J. Willscher
Assistant United States Attorney
P: (212) 637-2736
F: (212) 637-0016

cc:    George A. Stamboulidis, Esq./Maryanne Stanganelli, Esq. (by fax)

*[Handwritten: USDJ 4/15/08]*