



**Baker Hostetler**

May 19, 2008

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Maryanne Stanganelli
direct dial: 212.589.4282
mstanganelli@bakerlaw.com

**VIA FACSIMILE AND FEDERAL EXPRESS**

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007

Dear Judge Holwell:

    Re:  <u>US v. Rosner</u>, 07-cr-1058 (RJH)

    I write regarding the status conference in the above referenced matter currently scheduled before your Honor on June 2, 2008 at 12:00 p.m. The parties are currently in the process of disposition negotiations and <u>have agreed to adjourn the conference to June 27, 2008 at 12:00 p.m. Defendant agrees to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.</u>

Respectfully submitted,

Maryanne Stanganelli

cc: AUSA Alex Willscher

*[Handwritten order:] Conference adjourned to 6/27/08 at 12:00 noon. Time is excluded under STA from today to 6/27/08 to permit defendant to consider a negotiated disposition. The exclusion of time is in the interest of justice and outweighs the interest of the defendant and the public in a speedy trial. SO ORDERED. USDJ 5/28/08*