UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA  :

        - v. -  :  **WAIVER OF INDICTMENT**

ROBERT ROSNER  :  S1 07 Cr. 1058 (RJH)

        Defendant.  :

- - - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 201(c)(1)(B) and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                  _____
                                  ROBERT ROSNER
                                  Defendant

                                  _____
                                  GEORGE A. STAMBOULIDIS, Esq.
                                  Counsel for Defendant
                                  *Maryanne Stanganelli, Esq.*

                                  _____
                                  Witness

Date: June 27, 2008
      New York, New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 27 2008
```